■ In the Matter of WOLK PROPERTIES, LLC, Appellant, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RE-

NEWAL, Respondent. 740 WEST END AVENUE TENANTS ASSOCIATION, Intervenor-Respondent. [918 NYS2d 874]—

The determination was not arbitrary and capricious and was rationally based on the record (*see Matter of Pell v Board of Educ. of Union Free School Dist. No. 1 of Towns of Scarsdale & Mamaroneck, Westchester County*, 34 NY2d 222, 231 [1974]; *Matter of 370 Manhattan Ave. Co., L.L.C. v New York State Div. of Hous. & Community Renewal*, 11 AD3d 370, 372 [2004]). Petitioner failed to meet its burden of establishing that the criteria for an MCI rent increase had been met with regard to the claimed pointing and waterproofing work (*see Matter of West Vil. Assoc. v Division of Hous. & Community Renewal*, 277 AD2d 111, 113 [2000]). Concur—Saxe, J.P., Sweeny, Catterson, Freedman and Román, JJ.